# In the United States District Court for the Southern District of Georgia Brunswick Division

| | | |
|---|---|---|
| ROBERT D. BRUNS, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:15-cv-23 |
| v. | * | |
| CAROLYN W. COLVIN, | * | |
| Defendant. | * | |

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's October 12, 2016, Report and Recommendation, (dkt. no. 32), to which Objections have been filed, (dkt. no. 35). Plaintiff's Objections are simply a reiteration of his arguments which he already presented and which the Magistrate Judge correctly rejected.[1] Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **OVERRULES** Plaintiff's Objections. The Court **DISMISSES** Plaintiff's Complaint and **DENIES** Plaintiff leave to appeal *in*

---

[1] In fact, large portions of Plaintiff's Objections are directly lifted from his Brief dated February 12, 2016. (Dkt. No. 24.)

*forma pauperis*. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this \_\_\_14\_\_\_ day of \_\_\_December\_\_\_, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)